585 A.2d 383
STATE OF NEW JERSEY v. MALCOLM ROBBINS.

October 2, 1990.

Petition for certification granted.

585 A.2d 383
STATE OF NEW JERSEY v. MICHAEL MORAN.

October 2, 1990.

Petition for certification denied.

585 A.2d 383
STATE OF NEW JERSEY v. MICHAEL MORAN.

October 2, 1990.

Petition for certification denied.

585 A.2d 384
STATE OF NEW JERSEY v. JOHN MORNING.

October 2, 1990.

Petition for certification denied.

585 A.2d 384
STATE OF NEW JERSEY v. EDWARD G. TYLER.

October 2, 1990.

Petition for certification denied.